| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT ELIADES & RAVIN LLC<br>80 Route 4 East, Suite 290<br>Paramus, NJ 07652<br>(201) 845-1000<br>Special Counsel to Debtor<br>Michael E. Holt (MEH-8735) | |
| In Re:<br><br>BAYONNE MEDICAL CENTER,<br><br>      Debtor. | Chapter 11<br><br>Case No. 07-15195 (MS) |
| BAYONNE MEDICAL CENTER,<br><br>      Plaintiff,<br><br>v.<br><br>MOHAMMAD ASIF, MD,<br><br>      Defendant. | Adv. Proc. 09-1656 |

**CERTIFICATION OF SERVICE OF SUMMONS AND**
**COMPLAINT TO AVOID AND RECOVER TRANSFERS**

  I, Christania F. Cirillo, legal assistant with Forman Holt Eliades & Ravin LLC, hereby certify that on April 24, 2009, I caused to be served by certified mail, return receipt requested, and regular mail a copy of: (1) Summons and Notice of Pretrial Conference in an Adversary Proceeding, along with Pretrial Instructions; (2) Complaint to Avoid and Recover Transfers, and (3) Joint Order Scheduling Pre-Trial Proceedings and Trial upon the defendant as follows:

  Mohammad Asif, MD
  9 Cubberly Place
  Staten Island, NY 10306


                    */s/ Christania F. Cirillo*
                    Christania F. Cirillo

Dated: June 1, 2009
m:\cmf\bayonne medical center\preferences\mohamed asif\cos-complaint.doc