# FORMAN HOLT ELIADES & RAVIN LLC
## ATTORNEYS AT LAW

Charles M. Forman**
Michael E. Holt**
Daniel M. Eliades*
Stephen B. Ravin**
Erin J. Kennedy***
Joseph M. Cerra**
Kim R. Lynch**
William L. Waldman**
David S. Catuogno***
Harry M. Gutfleish**
Wendy B. Green**
Kristin T. Mihelic****
Kimberly J. Salomon**
Robert H. Johnson***
Jonathan S. Bodner***
Dipesh Patel***

OF COUNSEL
William A. Calandra*

MEMBER NJ & PA BAR*
MEMBER NJ & NY BAR**
MEMBER NJ BAR***
MEMBER PA BAR****

www.formanlaw.com
firm@formanlaw.com

REPLY TO PARAMUS

June 22, 2009

Honorable Morris Stern
United States Bankruptcy Court
PO Box 1352
Newark, New Jersey 07601-1352

RE:   Bayonne Medical Center
      Case No. 07-15195 (MS)
      Allen D. Wilen, Liquidating Trustee for Bayonne Medical Center
      Liquidating Trust v. Mohammad Asif, MD
      Adv. Pro. No. 09-1656

      Pre-trial Conference Date: June 23, 2009 at 10:00 a.m.

Dear Judge Stern:

This firm is special counsel to Allen D. Wilen, Liquidating Trustee for Bayonne Medical Center Liquidating Trust (the "Trustee") in the referenced adversary proceeding. The pre-trial conference in this matter is scheduled for June 23, 2009. The Defendant has failed to plead or otherwise defend within the allowed time and that time has run. The Defendant has not requested nor has it been granted an extension of time to plead or otherwise defend. Based on the Defendant's failure to timely file a pleading or to request an extension of time to plead or otherwise defend this action, the Trustee will soon be submitting default papers in this matter.

Respectfully,

Michael E. Holt
MEH/dp

cc:   Allen D. Wilen, Liquidating Trustee
      Mohammad Asif

m:\cmf\bayonne medical center\preferences\mohamed asif\default\stern - 1.doc