| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT ELIADES & RAVIN LLC<br>80 Route 4 East, Suite 290<br>Paramus, NJ 07652<br>(201) 845-1000<br>Special Counsel for Allen D. Wilen, Liquidating Trustee for Bayonne Medical Center Liquidating Trust<br>Michael E. Holt (MEH-8735) | |
| In Re:<br><br>BAYONNE MEDICAL CENTER,<br><br>　　　　　　　　　Debtor. | Chapter 11<br>Case No. 07-15195 (MS) |
| ALLEN D. WILEN, LIQUIDATING TRUSTEE FOR BAYONNE MEDICAL CENTER LIQUIDATING TRUST,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>MOHAMMAD ASIF, MD,<br><br>　　　　　　　　　Defendant. | Adv. Proc. 09-1656 |

**APPLICATION REQUESTING ENTRY OF**
**DEFAULT AGAINST MOHAMMAD ASIF, MD**

TO:　　James J. Waldron, Clerk
　　　　United States Bankruptcy Court
　　　　50 Walnut Street – 3rd Floor
　　　　Newark, NJ  07102

　　　　Allen D. Wilen, Liquidating Trustee for Bayonne Medical Center Liquidating Trust, through his attorneys, Forman Holt Eliades & Ravin LLC, requests entry of default against defendant Mohammad Asif, MD, in this action for failure to plead or otherwise defend as

provided by the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

                                        FORMAN HOLT ELIADES & RAVIN, LLC
                                        Special Counsel for Allen D. Wilen
                                        Liquidating Trustee

                                        By: */s/ Michael E. Holt*
                                                Michael E. Holt

Dated:  July 2, 2009

m:\cmf\bayonne medical center\preferences\mohamed asif\default\application requesting entry of default.doc