Case 09-01656-MS    Doc 13    Filed 08/16/09    Entered 08/17/09 01:09:31    Desc Imaged
Certificate of Service    Page 1 of 2
Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

In Re:  Bayonne Medical Center
Debtor

Case No.: 07–15195–MS
Chapter 11

Allen D. Wilen
Plaintiff

v.

Mohammad Asif, MD
Defendant

Adv. Proc. No. 09–01656–MS                    Judge: Morris Stern

---

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

    Please be advised that on August 14, 2009, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 12 – 1
Money Judgment in favor of Plaintiff Bayonne Medical Center and against Defendant Mohammad Asif, MD in the amount of $ 20,000.00 (related document:[1] Complaint) . The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 8/12/2009 (wdh)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.


Dated: August 14, 2009
JJW: wdh

                                                                                            James J. Waldron
                                                                                             Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: whealy              Page 1 of 1                 Date Rcvd: Aug 14, 2009
Case: 09-01656                 Form ID: orderntc         Total Noticed: 2

The following entities were noticed by first class mail on Aug 16, 2009.
aty          +Connell Foley, LLP,    Connell Foley, LLP,    85 Livingston Ave.,    Roseland, NJ 07068-3790
dft           Mohammad Asif, MD,    9 Cubberly Place,    Staten Island, NY 10306

The following entities were noticed by electronic transmission.
                                                                                                 TOTAL: 0
NONE.
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 16, 2009**              **Signature:** _Joseph Speetjens_