| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| Michael D. Malloy (MM-5196) <br> FINESTEIN & MALLOY, L.L.C. <br> 70 South Orange Avenue <br> Suite 115 <br> Livingston, New Jersey 07039 <br> Telephone: (973) 635-4500 <br> Telecopy: (973) 635-4543 <br><br> Counsel for Defendant, Mohammad Asif, M.D. |
| In Re: <br><br> BAYONNE MEDICAL CENTER, <br><br>         Debtor. |
| BAYONNE MEDICAL CENTER, <br><br>         Plaintiff, <br><br> v. <br><br> MOHAMMAD ASIF, M.D., <br><br>         Defendant. |

Chapter 11 Case

Case No. 07-15195 (MS)

Adv. Pro. No. 09-1656

**CONSENT ORDER: A) REOPENING ADVERSARY PROCEEDING; AND
B) VACATING FINAL JUDGMENT BY DEFAULT**

The relief set forth on the following pages numbered two (2) through three (3) is hereby

**ORDERED**.

Dated: _____, 2009

                 _____
                 Honorable Morris Stern
                 United States Bankruptcy Judge

{00039008 \ MMALLOY }

(Page 2)

| | |
|---|---|
| Debtor: | BAYONNE MEDICAL CENTER |
| Case No: | 07-15195 (MS) |
| Adv. Pro. No. | 09-1656 |
| Caption of Order: | **CONSENT ORDER: A) REOPENING ADVERSARY PROCEEDING; AND B) VACATING FINAL JUDGMENT BY DEFAULT** |

THIS MATTER being opened to the Court by Finestein & Malloy, L.L.C., attorneys for defendant, Mohammad Asif, M.D., for an Order reopening this adversary preceding, vacating a default judgment entered against the defendant and permitting the defendant to file a responsive pleading; and the defendant having asserted a failure of valid service of the Summons and Complaint and other papers preceding the entry of judgment against him; and the plaintiff, by and through Forman, Holt, Eliades & Ravin, LLC, special counsel for Allen D. Wilen, Liquidating Trustee for Bayonne Medical Center Liquidating Trust, having consented to entry of the within Order; and it appearing that relief from the judgment is warranted; and for good cause shown,

IT IS ORDERED THAT:

1. This adversary proceeding be and is hereby reopened.

2. The Final Judgment by Default entered against defendant, Mohammad Asif, M.D. on August 12, 2009 be and is hereby vacated.

3. This Consent Order may be executed in counterparts, each of which is deemed an original, but when taken together constitute one and the same document.

{00039008 \ MMALLOY }

2

(Page 3)

| | |
|---|---|
| Debtor: | BAYONNE MEDICAL CENTER |
| Case No: | 07-15195 (MS) |
| Adv. Pro. No. | 09-1656 |
| Caption of Order: | **CONSENT ORDER: A) REOPENING ADVERSARY PROCEEDING; AND B) VACATING FINAL JUDGMENT BY DEFAULT** |

4. Facsimile or scanned copies of signatures on this Consent Order are acceptable and shall be deemed originals.

5. This Consent Order is subject to the approval of the Bankruptcy Court and shall not be binding upon the parties until entered by the Bankruptcy Court.

6. Counsel to defendant shall serve this Consent Order upon counsel to plaintiff within seven (7) days of its docketing.


We hereby consent to the form
and entry of the within Order:


FINESTEIN & MALLOY, L.L.C
Attorney for Defendant,
Mohammad Asif, M.D.

By: /s/ Michael D. Malloy
    Michael D. Malloy (MM-5196)


FORMAN, HOLT, ELIADES & RAVIN, LLC
Special Counsel for Allen D. Wilen,
Liquidating Trustee

By: /s/ Erin J. Kennedy
    Erin J. Kennedy (EK-9227)

{00039008 \ MMALLOY }

3