# FINESTEIN & MALLOY LLC
## Attorneys at Law

70 South Orange Avenue  
Livingston, New Jersey 07039  
Phone: 973-635-4500  
Fax: 973-635-4543

www.fmnjlaw.com

October 1, 2009

Honorable Morris Stern  
United States Bankruptcy Court  
P.O. Box 1352  
Newark, New Jersey 07601-1352

**Re:** **Bayonne Medical Center**  
**Case No. 07-15195 (MS)**  
**Allen D. Wilen, Liquidating Trustee for Bayonne Medical Center Liquidating Trust v. Mohammad Asif, M.D.**  
**Adv. Pro. No. 09-1656**  
**Our File No. 1570-001**

Dear Judge Stern:

This firm represents Mohammad Asif, M.D., defendant in the above-referenced adversary proceeding. We herewith submit an application to reopen the adversary proceeding and vacate the final judgment entered against Dr. Asif. A Consent Order executed by the undersigned and counsel to the plaintiff is submitted for that purpose.

If Your Honor approves of the Order, we respectfully request that same be entered.

Respectfully yours,  
/s/ Michael D. Malloy  
Michael D. Malloy

MDM/cnc  
Enclosure  
cc: Forman, Holt, Eliades & Ravin, LLC (via ECF)  
Mohammad Asif, M.D. (via regular mail)

{00039167\MMALLOY}