| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Michael D. Malloy (MM-5196)<br>FINESTEIN & MALLOY, L.L.C.<br>70 South Orange Avenue<br>Suite 115<br>Livingston, New Jersey 07039<br>Telephone: (973) 635-4500<br>Telecopy:   (973) 635-4543<br><br>Counsel for Defendant, Mohammad Asif, M.D. | |
| In Re:<br><br>BAYONNE MEDICAL CENTER,<br><br>                                        Debtor. | Chapter 11 Case<br><br>Case No. 07-15195 |
| BAYONNE MEDICAL CENTER,<br><br>                                        Plaintiff,<br><br>v.<br><br>MOHAMMAD ASIF, M.D.,<br><br>                                        Defendant. | Adv. Pro. No. 09-1656<br><br>Hearing Date: N/A<br><br>Judge: Honorable Morris Stern |

### CERTIFICATE OF CONSENT REGARDING
### CONSENT ORDER: A) REOPENING ADVERSARY PROCEEDING;
### AND B) VACATING FINAL JUDGMENT BY DEFAULT

   I HEREBY CERTIFY that with respect to the copy of the above-referenced Consent Order submitted to the Court, the following conditions have been met:

(a)   The terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order;

(b)   The signatures represented by the /s/_____ on the copy of the Consent Order submitted to the Court reference the signatures of consenting parties obtained on the original Consent Order;

(c)   I will retain the original Consent Order for a period of seven years from the date of closing of the case or adversary proceeding.

{00039176 \ MMALLOY }

(d)     I will make the original Consent Order available for inspection upon request of the Court or any party in interest; and

(e)     I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P. 9011.

Dated: October 2, 2009                 /s/ Michael D. Malloy
                                                   MICHAEL D. MALLOY (MM-5196)